**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>MOM CA Investco LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10321 (BLS) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the below attorneys enter their appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Local Bankruptcy Rule 2002-1, on behalf of Mohammad Honarkar and 4G Wireless, Inc. (together, "**Creditors**"). The attorneys below request, pursuant to Bankruptcy Rules 2002 and 9007, and section 342 of the United States Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| | |
|---|---|
| Christopher A. Ward<br>Shanti M. Katona<br>Stephen A. Smith<br>**POLSINELLI PC**<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br>sasmith@polsinelli.com | Elisa Hyder<br>**POLSINELLI PC**<br>Three Logan Square<br>1717 Arch Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: (215) 267-3001<br>Facsimile: (215) 267-3002<br>ehyder@polsinelli.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Creditors' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 5, 2025  
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*  
Christopher A. Ward (Del. Bar No. 3877)  
Shanti M. Katona (Del. Bar No. 5352)  
Stephen A. Smith (Del. Bar No. 7456)  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921  
cward@polsinelli.com  
skatona@polsinelli.com  
sasmith@polsinelli.com

-and-

Elisa Hyder  
Three Logan Square  
1717 Arch Street, Suite 2800  
Philadelphia, PA 19103  
Telephone: (215) 267-3001  
Facsimile: (215) 267-3002  
ehyder@polsinelli.com

*Counsel for Mohammad Honarkar and 4G Wireless, Inc.*